# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO. 3:05CR4LAC

GREGORY RICE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on September 6, 2005

Motion/Pleadings: **MOTION IN LIMINE**

Filed by GOVERNMENT     on 8/26/05     Doc.# 15

RESPONSES:

DEFENDANT     on 9/6/05     Doc.# 18

    on     Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)          /s/ Mary Maloy-Wells
Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of September, 2005, that:*

*(a) The relief requested is **GRANTED**.*

*(b) See record of hearing.*

                                                                   s/*L.A. Collier*
                                                                   ***LACEY A. COLLIER***
                                                                   ***United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.