FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                                  Case No. **3:05cr4/LAC**
                                                                              3:06cv563/LAC/MD

GREGORY RICE

_____

## ORDER

Defendant's **LETTER TO "MOST HONORABLE JUDGE DAVIS" (received 3/20/2007)**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    The document is not on plain 8½-inch x 11-inch paper as required by N.D. Fla. Loc. R. 5.1(B)(3).

    Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

    You should not correspond with the court in letter form.  Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a pending case.  This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of duties.  Judicial decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the Clerk's office in accordance with governing rules of procedure.  The Court will return unfiled any correspondence addressed directly to a district judge or magistrate judge.

For these reasons, IT IS ORDERED that:

XX    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

*FLN (Rev. 4/2004) Deficiency Order*                                                                                                           *Page 2 of 2*

DONE and ORDERED this 23rd day of March, 2007.


/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE