IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                          3:05cr4/LAC
                                             3:06cv563/LAC/MD
GREGORY MICHAEL RICE
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 7, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The motion to vacate, set aside, or correct sentence (doc. 31) is GRANTED, with respect to defendant's claim that counsel was constitutionally ineffective for his failure to file an appeal, and the defendant's other claims are DISMISSED without prejudice.

3.  The criminal judgment (Doc 28) in defendant's case is vacated and the same sentence is reimposed.  Defendant is advised that he has ten days to appeal this sentence.  The Federal Public Defender is appointed to represent the defendant on the appeal. And the appeal may be taken without cost to the defendant.

DONE AND ORDERED this 7th day of May, 2007.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE